**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | CRIMINAL ACTION H-18-342 |
| | § | |
| ADEMOLA BABATUNDE OKULAJA | § | |

**ORDER**

Pending before the Court is a letter motion for compassionate release filed on behalf of defendant Okulaja by his wife. (Docket Entry No. 91.) The motion is not signed by defendant Okulaja, and his wife is not a licensed attorney authorized to practice before this Court. *See* FED. R. CIV. P. 11(a) ("Every pleading, written motion, or other paper must be signed by at least one attorney of record in the attorney's name – or by a party personally if the party is unrepresented.") Defendant's wife cannot seek a compassionate release on his behalf.

The letter motion (Docket Entry No. 91) is DISMISSED WITHOUT PREJUDICE as an unauthorized pleading.

Signed at Houston, Texas on November 2, 2020.

_____

Gray H. Miller
Senior United States District Judge